[No. 14376. Department Two. December 5, 1917.]

HUTCHINSON COMPANY, *Appellant*, v. T. P. FAHEY *et al.*, *Respondents.*[1]

APPEAL—DECISIONS APPEALABLE—STRIKING PLEADING. An order striking parts of the complaint is not appealable where there was no dismissal or final judgment determining any matter in issue.

Appeal from an order of the superior court for King county, Mackintosh, J., entered May 15, 1917, granting a motion to strike certain parts of the complaint, after a hearing before the court. Dismissed.

*Arthur H. Hutchinson*, for appellant.

*John H. Perry* and *Carl E. Croson*, for respondents.

PER CURIAM.—This appeal is from the order of the lower court granting the motion of defendant to strike certain

[1]Reported in 168 Pac. 1139.

words, phrases and paragraphs from the plaintiff's complaint. No judgment of dismissal or other final judgment has been entered in the cause, nor does it appear that the appellant refused to plead further, nor that the order granting the motion determined the particular matter in issue. We have repeatedly held that such an order is not appealable. *Durk v. Scully*, 41 Wash. 357, 83 Pac. 426; *Methow Canal Co. v. Barton*, 71 Wash. 401, 128 Pac. 627; *Virtue v. Stanley*, 79 Wash. 87, 139 Pac. 764.